UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) ADIKA MANIGO,<br>(2) ▇▇▇▇▇▇▇▇, and<br>(3) DAMIEN HUNT,<br><br>Defendants. | Criminal No. 24cr10353<br><br>Violations:<br><br>Count One: Conspiracy to Distribute and to Possess with Intent to Distribute Controlled Substances<br>(21 U.S.C. § 846)<br><br>Count Two: Possession with Intent to Distribute Cocaine and Fentanyl; Aiding and Abetting<br>(21 U.S.C. § 841(a)(1), 18 U.S.C. § 2)<br><br>Drug Forfeiture Allegation:<br>(21 U.S.C. § 853) |

INDICTMENT

COUNT ONE
Conspiracy to Distribute and to Possess with Intent to Distribute
Controlled Substances
(21 U.S.C. § 846)

The Grand Jury charges:

From in or about July 2020 through in or about July 2022, in Boston, Weymouth, and Quincy, in the District of Massachusetts, and in the Southern District of New York, and elsewhere, the defendants,

(1) ADIKA MANIGO,
(2) ▇▇▇▇▇▇▇▇, and
(3) DAMIEN HUNT,

conspired with each other and with other persons known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

1

It is further alleged that the offense charged in Count One involved 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(ii) is applicable to this Count.

It is further alleged that, with respect to Count One, 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, were reasonably foreseeable by, and are attributable to, (1) ADIKA MANIGO and (2) ▇▇▇▇ ▇▇▇▇▇▇▇. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(ii) is applicable to (1) ADIKA MANIGO and (2) ▇▇▇▇▇▇▇▇▇▇▇▇.

All in violation of Title 21, United States Code, Section 846.

COUNT TWO
Possession with Intent to Distribute
Cocaine and Fentanyl; Aiding and Abetting
(21 U.S.C. § 841(a)(1); 18 U.S.C. § 2)

The Grand Jury further charges:

On or about July 22, 2022, in Boston, in the District of Massachusetts, and elsewhere, the defendants,

(1) ADIKA MANIGO and
(3) DAMIEN HUNT,

did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## DRUG FORFEITURE ALLEGATION
(21 U.S.C. § 853)

The Grand Jury further finds:

1.  Upon conviction of one or more of the offenses in violation of Title 21, United States Code, Sections 841 and 846, set forth in Counts One and Two, the defendants,

> (1) ADIKA MANIGO,
> (2) ███████████, and
> (3) DAMIEN HUNT,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses. The property to be forfeited includes, but is not limited to, the following assets:

a. All assets held in a Webull account controlled by defendant (1) ADIKA MANIGO, seized on August 4, 2022;

b. $84,320 in U.S. currency seized from 10 Patriot Parkway, Apt. 301, Weymouth, Massachusetts, on July 22, 2022;

c. A .380-caliber Smith & Wesson firearm bearing serial number KDN2641 seized from 10 Patriot Parkway, Apt. 301, Weymouth, Massachusetts, on July 22, 2022;

d. Seven rounds of .380-caliber ammunition seized from 10 Patriot Parkway, Apt. 301, Weymouth, Massachusetts, on July 22, 2022;

e. One Smith & Wesson Bodyguard magazine seized from 10 Patriot Parkway, Apt. 301, Weymouth, Massachusetts, on July 22, 2022;

f. One gun case seized from 10 Patriot Parkway, Apt. 301, Weymouth, Massachusetts, on July 22, 2022;

g. One Rolex watch seized from 10 Patriot Parkway, Apt. 301, Weymouth, Massachusetts, on July 22, 2022;

h. One Movado watch seized from 10 Patriot Parkway, Apt. 301, Weymouth, Massachusetts, on July 22, 2022;

i. One Apple MacBook computer seized from 10 Patriot Parkway, Apt. 301, Weymouth, Massachusetts, on July 22, 2022;

j. One Apple MacBook with charger seized from 10 Patriot Parkway, Apt. 301, Weymouth, Massachusetts, on July 22, 2022;

k. One iPhone with Kitty case seized from 10 Patriot Parkway, Apt. 301, Weymouth, Massachusetts, on July 22, 2022;

l. Four iPhones seized from 10 Patriot Parkway, Apt. 301, Weymouth, Massachusetts, on July 22, 2022;

m. One computer USB storage device seized from 10 Patriot Parkway, Apt. 301, Weymouth, Massachusetts, on July 22, 2022;

n. One .40-caliber Smith & Wesson MP Shield firearm bearing serial number HLV0783 seized from 399 Congress Street, Apt. 301, Boston, Massachusetts, on July 22, 2022;

o. Eleven rounds of .40-caliber ammunition seized from 399 Congress Street, Apt. 301, Boston, Massachusetts, on July 22, 2022;

p. Two .40 caliber magazines seized from 399 Congress Street, Apt. 301, Boston, Massachusetts, on July 22, 2022;

q. One money counter seized from 399 Congress Street, Apt. 301, Boston, Massachusetts, on July 22, 2022;

r. One ledger wallet seized from 399 Congress Street, Apt. 301, Boston, Massachusetts, on July 22, 2022;

s. One black Motorola cell phone seized from 399 Congress Street, Apt. 301, Boston, Massachusetts, on July 22, 2022;

t. Two digital scales seized from 399 Congress Street, Apt. 301, Boston, Massachusetts, on July 22, 2022;

u. One Blue Dane 8GB USB seized from 399 Congress Street, Apt. 301, Boston, Massachusetts, on July 22, 2022;

v. One Sony Cybershot camera with SD card seized from 399 Congress Street, Apt. 301, Boston, Massachusetts, on July 22, 2022;

w. One Scan Disk Micro SD seized from 399 Congress Street, Apt. 301, Boston,

       Massachusetts, on July 22, 2022;

    x. One Black Motorola cell phone seized from 399 Congress Street, Apt. 301, Boston, Massachusetts, on July 22, 2022;

    y. One Blue Dane 8GB USB seized from 399 Congress Street, Apt. 301, Boston, Massachusetts, on July 22, 2022;

    z. One each Credit Karma Card and T-Mobile Card seized from 399 Congress Street, Apt. 301, Boston, Massachusetts, on July 22, 2022;

    aa. One Sony Cybershot Camera with SD card seized from 399 Congress Street, Apt. 301, Boston, Massachusetts, on July 22, 2022;

    bb. One Scan Disk Micro SD seized from 399 Congress Street, Apt. 301, Boston, Massachusetts, on July 22, 2022; and

    cc. Two cell phones seized from 4 Lucy Street, Apt. C-412, Boston, Massachusetts, on July 22, 2022.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendants --

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
SAMUEL R. FELDMAN
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: November 20, 2024
Returned into the District Court by the Grand Jurors and filed.

  /s/Thomas F. Quinn 11/20/24 @ 5:18pm
DEPUTY CLERK

7